# Court of Appeals
# of the State of Georgia

ATLANTA,___June 06, 2012____

*The Court of Appeals hereby passes the following order:*

**A12A1684. MCMILLIAN v. THE STATE.**

Appellant Marcus McMillian, proceeding pro se, filed the instant appeal. The appeal was docketed on April 20, 2012. McMillian's appellate brief, including enumeration of errors, was due to be filed no later than May 10, 2012. *Court of Appeals Rules 22 (a), 23 (a).* To date, however, McMillian has not filed a brief and enumeration of errors, and no extension of time has been granted. On May 23, 2012, the State filed a motion to dismiss this appeal in light of McMillian's failure to file his brief. The State's motion is hereby GRANTED and this appeal is DISMISSED. *Court of Appeals Rules 7, 13, 23(a).*



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*_06/06/2012_____
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*


, *Clerk.*